**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 498 MAL 2017
                                  :
             Respondent         :
                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court
             v.                  :
                                  :
                                  :
DONALD CHARLES BURRELL,       :
                                  :
            Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW,** this 27th  day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.   It is further ordered that the Petition to Amend Petition for Allowance of Appeal is **DENIED.**

    .